IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Glenn, Marina A | Case Number: 06 B 10397 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 8/28/07 | Filed: 8/23/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:　Ch 7 Conversion:　August 17, 2007
Confirmed:　November 7, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 4,312.50 | |
| Secured: | | 2,133.42 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,960.85 |
| Trustee Fee: | | 218.23 |
| Other Funds: | | 0.00 |
| Totals: | 4,312.50 | 4,312.50 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Melvin J Kaplan Esq | Administrative | 3,000.00 | 1,960.85 |
| 2. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 3. | Portfolio Recovery Associates | Secured | 0.00 | 0.00 |
| 4. | Capital One Auto Finance | Secured | 9,013.36 | 1,743.90 |
| 5. | Provincetown Improvement Assoc | Secured | 951.00 | 389.52 |
| 6. | HSBC Mortgage Services | Secured | 5,737.33 | 0.00 |
| 7. | Provincetown Improvement Assoc | Unsecured | 0.00 | 0.00 |
| 8. | AmeriCash Loans, LLC | Unsecured | 168.80 | 0.00 |
| 9. | City of Blue Island | Unsecured | 1,600.00 | 0.00 |
| 10. | Aspen Gold Mastercard | Unsecured | 42.26 | 0.00 |
| 11. | AmeriCash Loans, LLC | Unsecured | 53.45 | 0.00 |
| 12. | Asset Acceptance | Unsecured | 253.46 | 0.00 |
| 13. | Capital One Auto Finance | Unsecured | 109.92 | 0.00 |
| 14. | Provincetown Improvement Assoc | Unsecured | 0.00 | 0.00 |
| 15. | Check N Go | Unsecured | | No Claim Filed |
| 16. | MCI | Unsecured | | No Claim Filed |
| 17. | Cash To Go | Unsecured | | No Claim Filed |
| 18. | City of Blue Island | Unsecured | | No Claim Filed |
| 19. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 20. | Advocate Trinity Hospital | Unsecured | | No Claim Filed |
| 21. | E Z Fiskpui MD | Unsecured | | No Claim Filed |
| 22. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 23. | Village of Homewood | Unsecured | | No Claim Filed |
| 24. | TCF Bank | Unsecured | | No Claim Filed |
| 25. | Sprint PCS | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Glenn, Marina A | Case Number: 06 B 10397 |
|---|---|
| | Judge: Goldgar, A. Benjamin |
| Printed: 8/28/07 | Filed: 8/23/06 |

| | | | | |
|---|---|---|---|---|
| 26. | Guaranty Bank | Unsecured | | No Claim Filed |
| 27. | After Hours Formal Wear | Unsecured | | No Claim Filed |
| 28. | Sanjay S Jutla/Allen Gunn | Unsecured | | No Claim Filed |
| 29. | Bakers Shoes | Unsecured | | No Claim Filed |

$ 20,929.58             $ 4,094.27

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 117.00 |
| 5.4% | 101.23 |

$ 218.23

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_